# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:  March 19, 2015                 519606
_____

In the Matter of the Claim of
    ARLENE K. PARRIS,
                    Appellant.
                                        MEMORANDUM AND ORDER
COMMISSIONER OF LABOR,
                    Respondent.
_____

Calendar Date:  January 20, 2015

Before:  Lahtinen, J.P., McCarthy, Rose and Devine, JJ.

_____

        Arlene K. Parris, Houston, Texas, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City (Gary Leibowitz of counsel), for respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal Board, filed December 10, 2013, which ruled that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

        Decision affirmed.  No opinion.

        Lahtinen, J.P., McCarthy, Rose and Devine, JJ., concur.

ORDERED that the decision is affirmed, without costs.



ENTER:

Robert D. Mayberger
Clerk of the Court